IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLIN OBED VILLANEUVA-BARAHONA,<br>Plaintiff,<br>v.<br>J.L. JAMISON, et al.,<br>Defendants. | CIVIL ACTION<br>NO. 26-8102 |

**ORDER**

**AND NOW**, this 16th day of November 2026, upon consideration of the Status Report which says that Petitioner was given a bond hearing (Doc. No. 5), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.